1077

**Morris GORDON, Appellant, v. UNITED STATES, Appellee.**

No. 4766.

Circuit Court of Appeals, Third Circuit.

April 18, 1932.

■

William Cantor, of Atlantic City, N. J., and Joseph Varbalow, of Camden, N. J., for appellant.

Phillip Forman, U. S. Atty., and Walter B. Petry, Asst. U. S. Atty., both of Trenton, N. J.

Before WOOLLEY, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

Judgment reversed.

■

**George Ben GRAF et al., Appellants, v. K. E. ERICKSON CO., Inc., et al.**

No. 9419.

Circuit Court of Appeals, Eighth Circuit.

Feb. 1, 1932.

■

Troyer, Pardue & Felton, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee, under Rule 16.

■

**In the Matter of THE Petition of the Motortug HAAKONSEN NO. I, Inc., Owner of THE Diesel Tug WALNERO No. 4, Her Engines, etc., for Limitation of Liability. Louis Dreyfus & Company, Michael J. Howard, John E. Wall, North-Western Fire & Marine Insurance Company, Appellants.**

No. 223.

Circuit Court of Appeals, Second Circuit.

April 18, 1932.

■

Otto & Lyon, of New York City (Henry E. Otto, of New York City, of counsel), for Louis Dreyfus & Co.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for M. J. Howard.

Thomas A. McDonald, of New York City (Franklin M. Depew, of New York City, of counsel), for John E. Wall.

Purdy & Purdy, of New York City (William F. Purdy and John E. Purdy, both of New York City, of counsel), for petitioner.

Bigham, Englar, Jones & Houston, of New York City (Leonard J. Matteson and Richard F. Shaw, both of New York City, of counsel), for petitioner-appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.